## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | ) ) ) | Case No. 20-12522 (JTD) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) |  |

## NOTICE OF APPEAL

Kenneth Greathouse, Stuart Rose, and Lloyd Glenn (collectively, the "Glenridge Principals"), creditors and parties-in-interest in the above-captioned bankruptcy cases, by their undersigned counsel, and pursuant to 28 U.S.C. § 158(a) and Rules 8002(a) and 8003(a) of the Federal Rules of Bankruptcy Procedure, hereby appeal from the *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 6660], entered on the 2nd day of March, 2022, a copy of which is attached hereto as **Exhibit 1**. The Glenridge Principals submit this Notice of Appeal in conformity with Official Bankruptcy Form B417.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

## PART 1: APPELLANTS

1. Kenneth Greathouse, Stuart Rose, and Lloyd Glenn

2. Position of Appellants: Creditors and Parties-in-Interest.

## PART 2: SUBJECT OF APPEAL

1. Order: *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (with Technical Modifications) of Mallinckrodt PLC and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [D.I. 6660]

2. Date of Entry of Order: March 2, 2022

## PART 3: PARTIES TO THE APPEAL

**Appellants**:

Kenneth Greathouse, Stuart Rose, and Lloyd Glenn

**Appellants' Counsel**:

**COOCH AND TAYLOR, P.A.**
R. Grant Dick IV (Del. No. 5123)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
T: (302) 984-3800
Email: gdick@coochtaylor.com

**RIMON, P.C.**
Phillip K. Wang
423 Washington Street, Suite 600
San Francisco, CA 94111
Telephone: (415) 968-2002
Email: phillip.wang@rimonlaw.com

**RIMON, P.C.**
Lillian J. Stenfeldt
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone: (415) 915-5192
Email: lillian.stenfeldt@rimonlaw.com

**RIMON, P.C.**
Jacquelyn H. Choi
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (310) 525-5859
Email: jacquelyn.choi@rimonlaw.com

**Appellees:**

Mallinckrodt plc and its affiliated debtors listed on **Attachment 1** hereto.

**Appellees' Counsel:**

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **LATHAM & WATKINS LLP** |
| Mark D. Collins (No. 2981) | George A. Davis |
| Michael J. Merchant (No. 3854) | Christopher Harris |
| Amanda R. Steele (No. 5530) | George Klidonas |
| Brendan J. Schlauch (No. 6115) | Andrew Sorkin |
| One Rodney Square | Anupama Yerramalli |
| 920 N. King Street | Hugh K. Murtagh |
| Wilmington, DE 19801 | 1271 Avenue of the Americas |
| Telephone:   (302) 651-7700 | New York, NY 10020 |
| Email:   collins@rlf.com | Telephone:   (212) 906-1200 |
|    merchant@rlf.com | Email:   george.davis@lw.com |
|    steele@rlf.com |    christopher.harris@lw.com |
|    schlauch@rlf.com |    george.klidonas@lw.com |
| |    andrew.sorkin@lw.com |
| |    anu.yerramalli@lw.com |
| |    hugh.murtagh@lw.com |
| **LATHAM & WATKINS LLP** | **LATHAM & WATKINS LLP** |
| Jeffrey E. Bjork | Elizabeth Marks |
| 355 South Grand Avenue, Suite 100 | 200 Clarendon Street |
| Los Angeles, CA 90071 | Boston, MA 02116 |
| Telephone:   (213) 485-1234 | Telephone:   (617) 948-6000 |
| Email:   jeff.bjork@lw.com | Email:   betsy.marks@lw.com |

**LATHAM & WATKINS LLP**
Jason B. Gott
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:   (312) 876-7700
Email:   jason.gott@lw.com

| | |
|---|---|
| Dated: March 16, 2022<br>Wilmington, Delaware | **COOCH AND TAYLOR, P.A**<br><br>*/s/ R. Grant Dick IV*<br>R. Grant Dick IV (Del. No. 5123)<br>The Nemours Building<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>Telephone: 302-984-3867<br>Facsimile:  302-984-3939<br>Email: gdick@coochtaylor.com<br><br>– and –<br><br>**RIMON, P.C.**<br>Lillian J. Stenfeldt (admitted *pro hac vice)*<br>800 Oak Grove Avenue, Suite 250<br>Menlo Park, CA 94025<br>Telephone:  (415) 915-5192<br>Facsimile:  (415) 915-5192<br>Email: lillian.stenfeldt@rimonlaw.com<br><br>**RIMON, P.C.**<br>Phillip K. Wang (admitted *pro hac vice)*<br>423 Washington Street, Suite 600<br>San Francisco, CA 94111<br>Telephone: (415) 968-2002<br>Facsimile:  (415) 968-2002<br>Email: phillip.wang@rimonlaw.com<br><br>**RIMON, P.C.**<br>Jacquelyn H. Choi (admitted *pro hac vice)*<br>2029 Century Park East, Suite 400N<br>Los Angeles, CA 90067<br>Telephone:  (310) 525-5859<br>Facsimile:  (310) 525-5859<br>Email:  jacquelyn.choi@rimonlaw.com<br><br>*Counsel to Creditors Kenneth Greathouse,<br>Stuart Rose, and Lloyd Glenn* |

## ATTACHMENT 1
LIST OF DEBTORS

Mallinckrodt plc
Acthar IP Unlimited Company
IMC Exploration Company
Infacare Pharmaceutical Corporation
INO Therapeutics LLC
Ludlow LLC
MAK LLC
Mallinckrodt APAP LLC
Mallinckrodt ARD Finance LLC
Mallinckrodt ARD Holdings Inc.
Mallinckrodt ARD Holdings Limited
Mallinckrodt ARD IP Unlimited Company
Mallinckrodt ARD LLC
Mallinckrodt Brand Pharmaceuticals LLC
Mallinckrodt Buckingham Unlimited Company
Mallinckrodt Canada ULC
Mallinckrodt CB LLC
Mallinckrodt Critical Care Finance LLC
Mallinckrodt Enterprises Holdings, Inc.
Mallinckrodt Enterprises LLC
Mallinckrodt Enterprises UK Limited
Mallinckrodt Group S.a.r.l.
Mallinckrodt Holdings GmbH
Mallinckrodt Hospital Products Inc.
Mallinckrodt Hospital Products IP Unlimited Company
Mallinckrodt International Finance SA
Mallinckrodt International Holdings S.a.r.l.
Mallinckrodt IP Unlimited Company
Mallinckrodt LLC
Mallinckrodt Lux IP S.a.r.l.
Mallinckrodt Manufacturing LLC
Mallinckrodt Pharma IP Trading Unlimited Company
Mallinckrodt Pharmaceuticals Ireland Limited
Mallinckrodt Pharmaceuticals Limited
Mallinckrodt Quincy S.a.r.l.
Mallinckrodt UK Finance LLP

Mallinckrodt UK Ltd
Mallinckrodt US Holdings LLC
Mallinckrodt US Pool LLC
Mallinckrodt Veterinary, Inc.
Mallinckrodt Windsor Ireland Finance Unlimited Company
Mallinckrodt Windsor S.a.r.l.
MCCH LLC
MEH, Inc.
MHP Finance LLC
MKG Medical UK Ltd
MNK 2011 LLC
MUSHI UK Holdings Limited
Ocera Therapeutics, Inc.
Petten Holdings Inc.
SpecGx Holdings LLC
SpecGx LLC
ST Operations LLC
ST Shared Services LLC
ST US Holdings LLC
ST US Pool LLC
Stratatech Corporation
Sucampo Holdings Inc.
Sucampo Pharma Americas LLC
Sucampo Pharmaceuticals, Inc.
Therakos, Inc.
Vtesse LLC
WebsterGx Holdco LLC
Mallinckrodt Equinox Finance LLC