# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*<br><br>Debtors.[1]<br>_____<br><br><br>KENNETH GREATHOUSE, STUART ROSE, and LLOYD GLENN,<br><br>Appellants,<br><br>v.<br><br>MALLINCKRODT PLC, *et al.*<br><br>Appellees.<br>_____ | Chapter 11<br><br>Case No. 20-12522 (JTD) (Bankr. D. Del.)<br><br>(Jointly Administered)<br><br><br><br><br><br>C.A. No. 22-cv-00333 (TLA) |

## APPELLANTS' STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Kenneth Greathouse, Stuart Rose, and Lloyd Glenn (collectively, the "Glenridge Principals" or the "Appellants"), by their undersigned counsel, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, hereby submit their statement of issues to be presented and designation of items to be included in the record on appeal from the confirmation of the *Debtors' Fourth Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

*Bankruptcy Code* (the "Joint Plan") [D.I. 6066] by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court")[2].

### STATEMENT OF ISSUES TO BE PRESENTED

1. Whether the Bankruptcy Court erred by confirming the Joint Plan over the objection and rejection by creditors in Class 6(f) of Debtor Mallinckrodt Pharmaceuticals Ireland Limited, by approving the Initial Fixed Distribution, which violates (a) the "absolute priority rule" embodied in section 1129(b)(2)(B)(ii) of the Bankruptcy Code and (b) and unfairly discriminates in violation of section 1129(b)(1) of the Bankruptcy Code, including by failing to require an appropriate disputed claims reserve and by improperly concluding that the settlement proceeds constitutes a "gift" of anticipated reorganization securities from another class of unsecured creditors.

2. Whether the Bankruptcy Court erred by authorizing the rejection of the Glenridge Principals' Royalty Agreement through the Plan by erroneously determining the nature and extent of the Royalty Agreement which issue(s) were preserved under the Glenridge Principals' pending adversary proceeding.

---

[2] The Court issued an *Opinion* [D.I. 6347] and a *Revised Opinion* [D.I. 6378] with respect to the Joint Plan on February 3, 2022 and February 8, 2022, respectively. The Court issued the *Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (with technical modifications) of Mallinckrodt plc and its Debtor Affiliates under Chapter 11 of the Bankruptcy Code* [D.I. 6660] on March 2, 2022.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Appellants designate the following to be included in the record on appeal:[3]

| ITEM | DOCUMENT TITLE | DATE | D.I. |
|---|---|---|---|
| 1. | Motion of Debtors for Order Authorizing Intercompany Restructuring Transactions | 11/2/20 | 385 |
| 2. | Order Authorizing Intercompany Restructuring Transactions | 11/25/20 | 633 |
| 3. | Proofs of Claim filed by each of the Glenridge Principals against various Debtors | 02/11/2021 | N/A[4] |
| 4. | Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 | 04/20/2021 | 2074 |
| 5. | Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and Its Debtors Affiliates Under Chapter 11 of the Bankruptcy Code | 04/20/2021 | 2075 |
| 6. | Objection of Greathouse, Rose, And Glenn to the Disclosure Statement For Joint Chapter 11 Plan Of Reorganization Of Mallinckrodt plc And Its Debtor Affiliates Under Chapter 11 Of The Bankruptcy Code | 05/18/2021 | 2371 |
| 7. | Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 | 06/08/2021 | 2767 |
| 8. | Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 06/09/2021 | 2769 |
| 9. | Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 | 06/15/2021 | 2863 |
| 10. | Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 06/15/2021 | 2864 |
| 11. | Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 06/17/2021 | 2903 |
| 12. | Disclosure Statement for Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 06/17/2021 | 2904 |

---

[3] All items designated herein by the Glenridge Principals include all exhibits, schedules, attachments and other documents included within each docket entry for such item.

[4] Proofs of Claims and Administrative Expense Claims are available at the claims agent website: https://restructuring.primeclerk.com/mallinckrodt/Home-ClaimInfo. Copies can be forwarded upon request.

| Item | Document Title | Date | D.I. |
|---|---|---|---|
| 13. | Order (I) Approving the Disclosure Statement and Form and Manner of Notice of Hearing Thereon, (II) Establishing Solicitation Procedures, (III) Approving the Form and Manner of Notice to Attorneys and Solicitation Directive, (IV) Approving the Form of Ballots, (V) Approving Form, Manner, and Scope of Confirmation Notices, (VI) Establishing Certain Deadlines in Connection with Approval of Disclosure Statement, and Confirmation of Plan, and (VII) Granting Related Relief | 06/17/2021 | 2911 |
| 14. | Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code - Solicitation Version | 06/18/2021 | 2916 |
| 15. | Disclosure Statement for Joint Chapter 11 Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code - Solicitation Version | 06/18/2021 | 2917 |
| 16. | Order Establishing Confirmation Schedule and Protocols | 06/24/21 | 2988 |
| 17. | Administrative Claims filed by each of the Glenridge Principals against various Debtors | 06/25/2021 | N/A[4] |
| 18. | Notice of Filing of Exhibit U (Rejected Executory Contract/Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates | 08/06/2021 | 3596 |
| 19. | Notice of Filing of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates | 08/07/2021 | 3615 |
| 20. | Notice of Filing of Amended Exhibit U (Rejected Executory Contract/Unexpired Lease List) of Plan Supplement for the Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates | 08/13/2021 | 3721 |
| 21. | Notice of Filing of Settlement Term Sheets in Connection with the Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 09/03/2021 | 4121 |
| 22. | First Amended Joint Plan of Reorganization of Mallinckrodt plc and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 09/29/2021 | 4508 |
| 23. | Notice of Filing of Blackline of Amended Plan | 09/29/2021 | 4509 |
| 24. | Notice of Filing of Letter of the Official Committee of Unsecured Creditors in Support of First Amended Joint Plan of Reorganization | 10/01/2021 | 4540 |

| ITEM | DOCUMENT TITLE | DATE | D.I. |
|---|---|---|---|
| 25. | Complaint for Declaratory Judgment, Accounting, Constructive Trust, Conversion, and Unjust Enrichment by Ken Greathouse, Stuart Rose, Lloyd Glenn against Mallinckrodt Pharmaceuticals Ireland Limited, Mallinckrodt ARD LLC (Adversary Pro. No. 21-51178) | 10/06/2021 | 4590 |
| 26. | Declaration of Mark Greenberg in Support of UCC Settlements in Connection with the First Amended Joint Plan of Reorganization | 10/08/2021 | 4644 |
| 27. | sanofi-aventis U.S. LLC's Expedited Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel | 10/12/2021 | 4675 |
| 28. | Notice of Filing of Proposed Redacted Version of Expedited Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel | 10/13/2021 | 4681 |
| 29. | Glenridge Principals' Notice of Intent to File a Supplemental Objection Regarding the UCC Settlement | 10/13/2021 | 4697 |
| 30. | The Glenridge Principals Objection to the First Amended Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 10/13/2021 | 4701 |
| 31. | (SEALED) Preliminary Objection of sanofi-aventis U.S. LLC to Confirmation of the First Amended Joint Plan of Reorganization | 10/13/2021 | 4702 |
| 32. | Notice of Filing of Proposed Redacted Version of Preliminary Objection of Sanofi-Aventis U.S. LLC to Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt PLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 10/14/2021 | 4748 |
| 33. | Debtors' (I) Omnibus Objection to (A) Expedited Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel and (B) Motion of Sanofi-Aventis U>S. LLC for Temporary Allowance of Claims for Purposes of Voting to Accept or Reject Plan and to Classify Claims Under Class 7 of Plan and (II) Cross-Motion for Order (A) Authorizing Rejection of Asset Purchase Agreement and (B) Finding Royalty Obligations to be Prepetition Debts Subject to Discharge | 10/20/2021 | 4820 |
| 34. | Motion of Glenridge Principals to File Under Seal Confidential Royalty Agreement and Related Confidential Information | 10/21/2021 | 4833 |

| ITEM | DOCUMENT TITLE | DATE | D.I. |
|---|---|---|---|
| 35. | (SEALED) Joinder By Glenridge Principals In Motion by sanofi-aventis U.S. LLC for Pre-Confirmation Determination That Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related To Sale Of Acthar Gel | 10/21/2021 | 4834 |
| 36. | Notice of Filing of Proposed Redacted Version of Document Regarding Joinder By Glenridge Principals In Motion by sanofi-aventis U.S. LLC for Pre-Confirmation Determination That Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related To Sale Of Acthar Gel | 10/21/2021 | 4842 |
| 37. | First Amendment to the Order Establishing Confirmation Schedule and Protocols | 10/21/2021 | 4864 |
| 38. | Notice of Filing of Proposed Redacted Version of Debtors' (I) Omnibus Objection to (A) Expedited Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel and (B) Motion of Sanofi-Aventis U>S. LLC for Temporary Allowance of Claims for Purposes of Voting to Accept or Reject Plan and to Classify Claims Under Class 7 of Plan and (II) Cross-Motion for Order (A) Authorizing Rejection of Asset Purchase Agreement and (B) Finding Royalty Obligations to be Prepetition Debts Subject to Discharge | 10/25/2021 | 4978 |
| 39. | Reply of Sanofi-Aventis U.S. LLC to Debtors' Omnibus Objection to (A) Expedited Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel and (B) Motion of Sanofi-Aventis U>S. LLC for Temporary Allowance of Claims for Purposes of Voting to Accept or Reject Plan and to Classify Claims Under Class 7 of Plan | 10/26/2021 | 4988 |
| 40. | Declaration of Marc J. Brown in Support of Confirmation of the Joint Plan of Reorganization | 10/26/2021 | 4998 |
| 41. | (SEALED) Debtors' (I) Objection to Joinder by Glenridge Principals in Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel and (II) Cross-Motion for Order (A) Authorizing Rejection of Glenridge Royalty Agreement and (B) Finding Royalty Obligations to be Prepetition Debts Subject to Discharge | 10/26/2021 | 5005 |
| 42. | Debtors' (A) Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt Plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and (B) Omnibus Reply to Objections to Confirmation | 10/27/2021 | 5016 |

| ITEM | DOCUMENT TITLE | DATE | D.I. |
|---|---|---|---|
| 43. | Notice of Filing of Proposed Redacted Version of Reply of Sanofi-Aventis U.S. LLC to Debtors' Omnibus Objection to (A) Expedited Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel and (B) Motion of Sanofi-Aventis U.S. LLC for Temporary Allowance of Claims for Purposes of Voting to Accept or Reject Plan and to Classify Claims Under Class 7 of Plan | 10/27/2021 | 5037 |
| 44. | Notice of Filing of Proposed Final Pretrial Order for Phase I of the Plan Confirmation Hearing | 10/27/2021 | 5041 |
| 45. | Notice of Filing of Proposed Redacted Version of Debtors' (I) Objection to Joinder by Glenridge Principals in Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel and (II) Cross-Motion for Order (A) Authorizing Rejection of Glenridge Royalty Agreement and (B) Finding Royalty Obligations to be Prepetition Debts Subject to Discharge | 10/28/2021 | 5052 |
| 46. | Debtors' Motion to File Under Seal Certain Confidential Information in the Debtors' (I) Objection to Joinder by Glenridge Principals in Motion for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel and (II) Cross-Motion for Order (A) Authorizing Rejection of Glenridge Royalty Agreement and (B) Finding Royalty Obligations to be Prepetition Debts Subject to Discharge | 10/28/2021 | 5056 |
| 47. | Notice of Filing of Further Amended Exhibit U (Rejected Executory Contract/Unexpired Lease List) of Plan Supplement for the First Amended Joint Plan of Reorganization | 10/29/2021 | 5075 |
| 48. | Final Declaration of James Daloia of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 10/31/2021 | 5087 |
| 49. | Notice of Revised Proposed Final Pretrial Order for Phase I of the Plan Confirmation Hearing | 11/01/2021 | 5091 |
| 50. | Transcript Regarding Hearing Held 10/29/2021 RE: Omnibus | 11/01/2021 | 5094 |
| 51. | (SEALED) Supplemental Objection of sanofi-aventis U.S. LLC to Confirmation of the First Amended Joint Plan of Reorganization | 11/01/2021 | 5101 |

| ITEM | DOCUMENT TITLE | DATE | D.I. |
|---|---|---|---|
| 52. | The Glenridge Principals Supplemental Objection to the UCC Settlement and the First Amended Joint Plan of Reorganization of Mallinckrodt plc and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 11/01/2021 | 5104 |
| 53. | Notice of Filing of Proposed Redacted Version of Supplemental Objection of sanofi-aventis U.S. LLC to Confirmation of the First Amended Joint Plan of Reorganization of Mallinckrodt PLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 11/01/2021 | 5112 |
| 54. | Transcript Regarding Hearing Held 11/4/2021 RE: Confirmation | 11/05/2021 | 5186 |
| 55. | Order in Connection with Expedited Motion for Pre-Confirmation Determination That Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel | 11/08/2021 | 5210 |
| 56. | (SEALED) Declaration of Randall S. Eisenberg in Support of Confirmation of the First Amended Joint Plan of Reorganization | 11/15/2021 | 5301 |
| 57. | Declaration of Randall S. Eisenberg in Support of Confirmation of the First Amended Joint Plan of Reorganization | 11/17/2021 | 5368 |
| 58. | Letter from Elizabeth R. Marks, Esq. to the Honorable John T. Dorsey, in Response to the Limited Objection of the Acthar Insurance Claimants to Proposed Final Pretrial Order for Phase II of the Plan Confirmation Hearing | 11/17/2021 | 5381 |
| 59. | Final Pretrial Order for Phase I of the Plan Confirmation Hearing | 11/23/2021 | 5510 |
| 60. | Final Pretrial Order for Phase II of the Plan Confirmation Hearing | 11/23/2021 | 5511 |
| 61. | Corrected Third Amended Proposed Final Pretrial Order for Phase II of the Plan Confirmation Hearing | 11/29/2021 | 5555 |
| 62. | Certification of Counsel Regarding Disputed Order Regarding the Joinder by Glenridge Principals in Motion by Sanofi-Aventis U.S. LLC for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel | 11/30/2021 | 5597 |
| 63. | Order in Connection with Joinder by Glenridge Principals in Motion by Sanofi-Aventis U.S. LLC for Pre-Confirmation Determination that Debtors Cannot Reject or Discharge Post-Confirmation Royalty Obligations Related to Sale of Acthar Gel | 12/01/2021 | 5601 |

| ITEM | DOCUMENT TITLE | DATE | D.I. |
|---|---|---|---|
| 64. | Second Amended Joint Plan of Reorganization | 12/02/2021 | 5636 |
| 65. | Debtors' Omnibus Reply to Supplemental Plan Objections | 12/03/2021 | 5660 |
| 66. | (SEALED) Memorandum of Law of Official Committee of Unsecured Creditors in Support of the UCC Settlement, Allocation, and the Debtors' Second Amended Joint Plan of Reorganization | 12/03/2021 | 5666 |
| 67. | Joinder of the Unsecured Notes Trustee to the Memorandum of Law of Official Committee of Unsecured Creditors in Support of the UCC Settlement, Allocation, and the Debtors' Second Amended Joint Plan of Reorganization | 12/03/2021 | 5671 |
| 68. | Declaration of Laura F. Ketcham | 12/06/2021 | 5684 |
| 69. | Notice of Unsealed Version of the Official Committee of Unsecured Creditors' Memorandum of Law of Official Committee of Unsecured Creditors in Support of the UCC Settlement, Allocation, and the Debtors' Second Amended Joint Plan of Reorganization | 12/08/2021 | 5721 |
| 70. | Transcript regarding Hearing Held 12/09/2021 RE: Trial Phase II (Day 4) | 12/13/2021 | 5759 |
| 71. | Transcript regarding Hearing Held 12/13/2021 RE: Trial Phase II (Day 6) | 12/14/2021 | 5780 |
| 72. | Notice of Appeal filed by Glenridge Principals on Executory Contract | 12/15/2021 | 5805 |
| 73. | Transcript regarding Hearing Held 12/14/2021 RE: Trial Phase | 12/16/2021 | 5819 |
| 74. | Transcript regarding Hearing Held 12/15/2021 Re: Phase II - Confirmation | 12/17/2021 | 5845 |
| 75. | Notice of Filing of Further Amended Exhibit U (Rejected Executory Contract/Unexpired Lease List) of Plan Supplement for the First Amended Joint Plan of Reorganization | 12/29/2021 | 6002 |
| 76. | Appellant Designation of Items For Inclusion in Record On Appeal Glenridge Principals Designation of Items for Inclusion in Record on Appeal and Statement of Issues to be Presented | 12/29/2021 | 6005 |
| 77. | Third Amended Joint Plan of Reorganization | 12/29/2021 | 6006 |
| 78. | Transcript regarding Hearing Held 12/17/2021 RE: Confirmation Phase II | 01/04/2022 | 6033 |
| 79. | (SEALED) Transcript regarding Hearing Held 12/16/2021 | 01/05/2022 | 6048 |

| Item | Document Title | Date | D.I. |
|---|---|---|---|
| 80. | Transcript regarding Hearing Held 12/16/2021 RE: CONFIRMATION HEARING PHASE II | 01/05/2022 | 6049 |
| 81. | Transcript regarding Hearing Held 01/04/22 RE: Closing Arguments | 01/05/2022 | 6051 |
| 82. | Transcript regarding Hearing Held 01/03/22 RE: Closing Arguments | 01/05/2022 | 6052 |
| 83. | Fourth Amended Joint Plan of Reorganization | 01/06/2022 | 6066 |
| 84. | Transcript regarding Hearing Held 01/06/22 RE: Closing Arguments | 01/10/2022 | 6101 |
| 85. | Opinion Re: Confirmation | 02/08/2022 | 6347 |
| 86. | Revised Opinion Re: Confirmation | 02/08/2022 | 6378 |
| 87. | Findings of Fact, Conclusions of Law, and Order Confirming Fourth Amended Joint Plan of Reorganization (With Technical Modifications) of Mallinckrodt PLC and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code | 03/02/2022 | 6660 |
| 88. | Notice of Appeal of Confirmation Order | 03/16/2022 | 6786 |

Dated: March 30, 2022
Wilmington, Delaware

**COOCH AND TAYLOR, P.A**

*/s/ R. Grant Dick IV*
R. Grant Dick IV (Del. No. 5123)
The Nemours Building
1007 N. Orange St., Suite 1120
Wilmington, DE 19801
Telephone: 302-984-3867
Facsimile:  302-984-3939
Email: gdick@coochtaylor.com

– and –

**RIMON, P.C.**
Lillian J. Stenfeldt
800 Oak Grove Avenue, Suite 250
Menlo Park, CA 94025
Telephone:  (415) 915-5192
Email: lillian.stenfeldt@rimonlaw.com

**RIMON, P.C.**
Phillip K. Wang
423 Washington Street, Suite 600

        San Francisco, CA 94111
        Telephone: (415) 968-2002
        Email: phillip.wang@rimonlaw.com

**RIMON, P.C.**
Jacquelyn H. Choi
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone:  (310) 525-5859
Email:  jacquelyn.choi@rimonlaw.com

*Counsel to Appellants Kenneth Greathouse, Stuart Rose, and Lloyd Glenn*