# Morris James LLP

Jeffrey R. Waxman
302.888 5842
jwaxman@morrisjames.com

April 28, 2022

**BY HAND DELIVERY AND CM/ECF**

The Honorable Thomas L. Ambro
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street Unit 26
Room 6124
Wilmington, DE 19801-3555

  Re: <u>In re: Mallinckrodt, plc; 1:22-cv-333-TLA</u>

Dear Judge Ambro:

  Morris James LLP, together with Brown Rudnick LLP, Kramer Levin Naftalis & Frankel LLP, and Gilbert LLP represents the Governmental Plaintiff Ad Hoc Committee (the "<u>Governmental Ad Hoc Committee</u>") in the bankruptcy cases of Mallinckrodt PLC, <u>et al</u>.

  On April 15, 2022, the Ad Hoc Governmental Committee, on behalf of itself, the Multi-State Governmental Entities Group, the Future Claimants' Representative, and the Official Committee of Opioid Related Claimants (collectively, the <u>Proposed Intervenors</u>") filed a joint motion to intervene in the above-captioned appeal [Docket No. 7] (the "<u>Motion to Intervene</u>"). Prior to the filing of the Motion to Intervene, the Appellant confirmed that it had no objection to the proposed intervention, and no objection or other responsive pleading has been filed in opposition to the Motion to Intervene.

The Honorable Thomas L. Ambro
April 28, 2022
Page 2

      The Proposed Intervenors request entry of an order, a copy of which is attached hereto, at the Court's earliest convenience.

                                     Respectfully submitted,

                                     Jeffrey R. Waxman
                                     DE Bar No. 4159
                                   *Counsel for Governmental Plaintiff Ad Hoc Committee*

cc: All Counsel of Record via CM/ECF

13583652.v1