22-00333 IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Debtors. | Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| KENNETH GREATHOUSE,<br>STUART ROSE, and LLOYD GLENN<br><br>Appellants,<br><br>MALLINCKRODT plc, *et al.*,<br><br>Appellees. | C.A. No. 22-cv-00333 (TLA) |

**STIPULATION AND PROPOSED
<u>ORDER FURTHER EXTENDING BRIEFING DEADLINES</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the above captioned appellants, Kenneth Greathouse, Stuart Rose, and Lloyd Glenn (the "***Appellants***"), Mallinckrodt plc and its affiliated debtors-in-possession in the above-captioned cases (collectively, the "***Debtors-Appellees***"), the Governmental Plaintiff Ad Hoc Committee, the Multi-State Governmental Entities Group, the Future Claimants' Representative, the Official Committee of Opioid Related Claimants, and the Official Committee of Unsecured Creditors (collectively, the "***Intervenor-Appellees***"), subject to the approval of the Court, that:

270588460 v2

1. The deadline for Appellants to file their opening brief is extended 61 days from September 1, 2022 to November 1, 2022.

2. The deadline for Debtors-Appellees and Intervenor-Appellees to file their answering briefs is extended 59 days from October 3, 2022 to December 1, 2022.

3. The deadline for Appellants to file their reply brief is extended 59 days from October 17, 2022 to December 15, 2022.

*Signatures on following pages*

Dated: August 25, 2022

| | |
|---|---|
| **COOCH & TAYLOR, P.A.** | **RICHARDS, LAYTON & FINGER, P.A.** |
| | |
| */s/ R. Grant Dick IV* | */s/ Michael J. Merchant* |
| R. Grant Dick IV (No. 5123) | Mark D. Collins (No. 2981) |
| The Nemours Building | Michael J. Merchant (No. 3854) |
| 10007 N. Orange Street, Suite 1120 | Amanda R. Steele (No. 5530) |
| Wilmington, Delaware  19801 | Brendan J. Schlauch (No. 6115) |
| Tel:  (302) 984-3867 | One Rodney Square |
| Fax:  (302) 984-3939 | 920 N. King Street |
| Email:  gdick@coochtaylor.com | Wilmington, Delaware  19801 |
| | Tel:  (302) 651-7700 |
| -and- | Fax:  (302) 651-7701 |
| | Email:  collins@rlf.com |
| Lillian J. Stenfeldt | merchant@rlf.com |
| **RIMON, P.C.** | steele@rlf.com |
| 800 Oak Grove Avenue, Suite 250 | schlauch@rlf.com |
| Menlo Park, California  94025 | |
| Tel:  (415) 915-5192 | -and- |
| Fax:  (415) 915-5192 | |
| Email:  Lillian.stenfeldt@rimonlaw.com | George A. Davis |
| | George Klidonas |
| -and- | Andrew Sorkin |
| | Anupama Yerramalli |
| Phillip K. Wang | **LATHAM & WATKINS LLP** |
| **RIMON, P.C.** | 1271 Avenue of the Americas |
| 423 Washington Street, Suite 600 | New York, New York  10020 |
| San Francisco, California  94111 | Tel:  (212) 906-1200 |
| Tel:  (415) 968-2002 | Fax:  (212) 751-4864 |
| Fax:  (415) 968-2002 | Email:  george.davis@lw.com |
| Email:  Phillip.wang@rimonlaw.com | george.klidonas@lw.com |
| | andrew.sorkin@lw.com |
| -and- | anu.yerramalli@lw.com |
| | -and- |

3

Jacquelyn H. Choi
**RIMON, P.C.**
2029 Century Park East, Suite 400N
Los Angeles, California  90067
Tel:  (310) 525-5859
Fax:  (310) 525-5859
Email:  jacquelyn.choi@rimonlaw.com

*Counsel to Kenneth Greathouse, Stuart Rose, and Lloyd Glenn*


**ROBINSON & COLE LLP**

*/s/ Jamie L. Edmonson*
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Tel: (302) 295-4800
Fax: (302) 351-8618
Email: nramsey@rc.com
           jedmonson@rc.com

-and-

Patrick M. Birney
John L. Cordani
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, Connecticut  06103
Tel:  (800) 826-3579
Fax:  (860) 275-8299

-and-

Cullen D. Speckhart
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
Email: cspeckhart@cooley.com

Jeffrey E. Bjork
**LATHAM & WATKINS LLP**
355 South Grand Avenue, Suite 100
Los Angeles, California  90071
Tel:  (213) 485-1234
Fax:  (213) 891-8763
Email:  jeff.bjork@lw.com

-and-

Jason B. Gott
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Tel:  (312) 876-7700
Fax:  (312) 993-9767
Email:  jason.gott@lw.com

*Counsel to Mallinckrodt plc, et al.*

4

270588460 v2

-and-

Cathy Hershcopf
Michael Klein
Evan M. Lazerowitz
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Tel: (212) 479-6000
Fax: (212) 479-6275
Email: chershcopf@cooley.com
         mklein@cooley.com
         elazerowitz@cooley.com

*Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et al.*

| **KRAMER LEVIN NAFTALIS & FRANKEL LLP** | **MORRIS JAMES LLP** |
|---|---|
| Kenneth H. Eckstein, Esq. | */s/ Jeffrey R. Waxman* |
| Philip Bentley, Esq. | Jeffrey R. Waxman (Bar No. 4159) |
| Daniel M. Eggermann, Esq. | Eric J. Monzo (Bar No. 5214) |
| Megan M. Wasson. Esq. | Brya M. Keilson (Bar No. 4643) |
| 1177 Avenue of the Americas | 500 Delaware Avenue. Suite 1500 |
| New York, NY 10036 | Wilmington, DE 19801 |
| Phone: (212) 715-9100 | Phone: (302) 888-6800 |
| E-mail: keckstein@kramerlevin.com | Email: jwaxman@morrisjames.com |
| E-mail: pbentley@kramerlevin.com | Email: emonzo@morrisjames.com |
| E-mail: deggermann@kramerlevin.com | Email: bkeilson@morrisjames.com |
| E-mail: mwasson@kramerlevin.com | |

**GILBERT LLP**
Scott D. Gilbert, Esq.
Kami E. Quinn, Esq.
Emily P. Grim, Esq.
700 Pennsylvania Ave., SE
Suite 400
Washington, DC 20003
Phone: (202) 772-2200
Email: gilberts@gilbertlegal.com
Email: quinnk@gilbertlegal.com
Email: grime@gilbertlegal.com

**BROWN RUDNICK LLP**
David J. Molton, Esq.
7 Times Square
New York, NY 10036
Phone (212) 209-4800
Email: dmolton@brownrudnick.com

Eric R. Goodman, Esq.
601 Thirteenth Street NW, Suite 600
Washington, DC 20002
Phone: (202) 536-1740
Email: egoodman@brownrudnick.com

*Counsel for the Governmental Plaintiff Ad Hoc Committee*

**SEITZ, VAN OGTROP & GREEN, P.A**
*/s/ James S. Green, Jr.*
R. Karl Hill (DE 2747)
James S. Green, Jr. (DE 4406)
Tel: (302) 888-0600
Fax: (302) 888-0606
E-mail: khill@svglaw.com
E-mail: jsgreen@svglaw.com

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay, Esq. (admitted pro hac vice)
Todd E. Phillips, Esq. (admitted pro hac vice)
Kevin M. Davis, Esq. (admitted pro hac vice)
George M. O'Connor, Esq. (admitted pro hac vice)
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 862-5000
Fax: (202) 429-3301
E-mail: kmaclay@capdale.com
E-mail: tphillips@capdale.com
E-mail: kdavis@capdale.com
E-mail: goconnor@capdale.com

*Counsel to the Multi-State Governmental Entities Group*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>*/s/ Jaime Luton Chapman*<br>James L. Patton, Jr. (No. 2202)<br>Robert S. Brady (No. 2847)<br>Edwin J. Harron (No. 3396)<br>Jaime Luton Chapman (No. 4936)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: jpatton@ycst.com<br>Email: rbrady@ycst.com<br>Email: eharron@ycst.com<br>Email: jchapman@ycst.com | **FRANKEL WYRON LLP**<br>Richard H. Wyron<br>2101 L Street, NW, Suite 800<br>Washington, DC 20037<br>Telephone: (202) 367-9127<br>Email: rwyron@frankelwyron.com<br><br>*Counsel to the Future Claimants' Representative* |
| **COLE SCHOTZ P.C.**<br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>Tel: (302) 652-3131<br>Fax: (302) 652-3117<br>jalberto@coleschotz.com | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Arik Preis<br>Mitchell P. Hurley<br>Sara L. Brauner<br>Edan Lisovicz<br>Theodore James Salwen<br>One Bryant Park<br>New York, New York 10036<br>Tel: (212) 872-1000<br>Fax: (212) 872-1002<br>apreis@kingupm.com<br>mhurley@kingupm.com<br>sbrauner@kingupm.com<br>elisovicz@kingupm.com<br>jsalwen@kingupm.com<br><br>*Counsel to the OCC* |

IT IS SO ORDERED this ____ day of _____, 2022

                                                  _____
                                                  Honorable Thomas L. Ambro

270588460 v2